THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Martin Glover, Appellant.
 
 
 

Appeal From Lexington County
Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2009-UP-442
Submitted September 1, 2009  Filed
 October 1, 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Legal Counsel J. Benjamin Alpin, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Martin Glover appeals the revocation of his
 probation.  Glover argues the probation revocation hearing is too summary for
 appellate review.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Glover's appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.